48 A.3d 1245

**Van JOHNSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA, Respondent.**

**No. 70 EM 2012.**

Supreme Court of Pennsylvania.

July 19, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending filing within 120 days of our order.